**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 14-cr-00505-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     CARLOS ANTHONY HIGUERA,

      Defendant.

_____

**ORDER RESETTING TRIAL DATES**
_____

This matter has been rescheduled for a **three-day** jury trial on the docket of Judge

Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street,

Denver, Colorado to commence on **May 11, 2015 at 9:00 a.m.**  It is further

ORDERED that a Trial Preparation Conference is set for **May 7, 2015 at 9:00 a.m.** in

Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED this 12th day of February, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge